In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00342-CV**

**TINESHIA SMITH, Appellant**

**V.**

**MEDRICK SMITH, Appellee**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. 23DCFM0834**
_____

**MEMORANDUM OPINION**

On October 30, 2023, the trial court signed a default judgment in a suit for divorce. Tineshia Smith filed a notice of appeal within thirty days of the date on which the trial court signed the final decree of divorce. On November 28, 2023, Tineshia Smith timely filed a motion to set aside the default judgment of divorce. On November 30, 2023, while the trial court had plenary power over its final judgment, the court granted a motion to set aside the final decree of divorce. *See* Tex. R. Civ. P. 329b(d), (e).

1

We notified the parties that the District Clerk had filed a supplemental clerk's record that included an order setting aside the appealed judgment and we informed the parties that we would dismiss the appeal unless on or before December 11, 2023, a party filed a written response explaining why the appeal should not be dismissed as moot. The parties did not object or file a response to the Court's notification.

For the reasons explained above, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 17, 2024
Opinion Delivered January 18, 2024

Before Horton, Johnson and Wright, JJ.